DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorneys for Defendants*
*Peterson Dental Group, P.C., f/d/b/a Cressman*
*Dental Group P.C. and Interdent Service*
*Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHELL A. JACOBSON f/k/a RACHELL A. RHEIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PETERSON DENTAL GROUP, P.C., f/d/b/a CRESSMAN DENTAL GROUP P.C., a domestic professional corporation; INTERDENT SERVICE CORPORATION, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01098-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Rachell A. Jacobson f/k/a Rachell A. Rhein ("Plaintiff"), by and through her counsel, Maier Gutierrez & Associates, and Defendants Peterson Dental Group, P.C., f/d/b/a Cressman Dental Group P.C. and Interdent Service Corporation ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have a 2-week extension up to and including **August 14, 2025**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.    Defendants Peterson Dental Group, P.C., f/d/b/a Cressman Dental Group P.C. and Interdent Service Corporation were served with the Summons and Complaint on June 25, 2025, (ECF No. 1) making Defendants' response to Plaintiff's Complaint originally due on July 17,

2025.

2.     The Parties stipulated and this Court granted a two-week extension to file a response to the Complaint by July 31, 2025 as Defendants' counsel was recently retained and in the process of investigating Plaintiff's allegations which included significant monetary damages, including, punitive damages.

3.     Undersigned Defense Counsel has been unexpectedly out of the office due to a family emergency since July 23, 2025, and as a result has been delayed in meeting the current July 31 deadline. On request for Defense Counsel, Plaintiff has kindly agreed to one additional two-week extension.

4.     The Parties have agreed to extend the deadline for Defendants to file their response(s) to Plaintiff's Complaint for one additional two-week period, **to August 14, 2025**, to allow Defendants sufficient time to address the allegations within the Complaint.

5.     This is the second stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

6.     The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7.     This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 30th day of July, 2025.

MAIER GUTIERREZ & ASSOCIATES

/s/ Danielle J. Barraza
Jason R. Maier, Bar # 8557
Danielle J. Barraza, Bar #13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*
*Rachell A. Jacobson f/k/a*
*Rachell A. Rhein*

JACKSON LEWIS P.C.

/s/ Deverie J. Christensen
Deverie J. Christensen, Bar #6596
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Peterson Dental Group, P.C., f/d/b/a Cressman*
*Dental Group P.C. and Interdent Service*
*Corporation*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 8/1/2025