# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RACHELL A. JACOBSON,<br><br>   Plaintiff(s),<br><br>v.<br><br>PETERSON DENTAL GROUP, P.C., et al.,<br><br>   Defendant(s). | Case No. 2:25-cv-01098-CDS-MDC<br><br>**Order** |

In light of the parties' agreement to arbitrate, Docket No. 19, the Court VACATES the early neutral evaluation session set for October 9, 2025. The Clerk's Office is INSTRUCTED to remove the ENE flag from the docket and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: August 14, 2025

                                                                                            _____
                                                                                            Nancy J. Koppe
                                                                                            United States Magistrate Judge

1