DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorneys for Defendants*
*Peterson Dental Group, P.C., f/d/b/a Cressman*
*Dental Group P.C. and Interdent Service*
*Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHELL A. JACOBSON f/k/a RACHELL A. RHEIN, individually, <br><br> Plaintiff <br><br> v. <br><br> PETERSON DENTAL GROUP, P.C., f/d/b/a CRESSMAN DENTAL GROUP P.C., a domestic professional corporation; INTERDENT SERVICE CORPORATION, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, <br><br> Defendants | Case No. 2:25-cv-01098-CDS-MDC <br><br> **STIPULATION AND ORDER TO STAY ACTION PENDING ARBITRATION** <br><br> [ECF No. 19] |

IT IS HEREBY STIPULATED by and between Plaintiff Rachell A. Jacobson f/k/a Rachell A. Rhein ("Plaintiff"), by and through her counsel, Maier Gutierrez & Associates, and Defendants Peterson Dental Group, P.C., f/d/b/a Cressman Dental Group P.C. and Interdent Service Corporation ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., as follows:

1. The Parties have recently determined an arbitration agreement applies to this dispute, and the Parties agree the claims alleged by Plaintiff against Defendants in this action fall within the scope of the arbitration agreement.

2. Thus, the Parties have agreed that this action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the arbitration agreement, and Plaintiff will initiate

arbitration against Defendants with the American Arbitration Association ("AAA").

3. All proceedings in this action shall be stayed, and this Court shall retain jurisdiction over the action pending the conclusion of the AAA arbitration or the Parties' settlement.

4. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 14th day of August, 2025.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* <br> Jason R. Maier, Bar # 8557 <br> Danielle J. Barraza, Bar #13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Plaintiff* <br> *Rachell A. Jacobson f/k/a* <br> *Rachell A. Rhein* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *Peterson Dental Group, P.C., f/d/b/a Cressman Dental Group P.C. and Interdent Service Corporation* |

## **ORDER**

Based on the parties' stipulation, this matter is STAYED pending the outcome of binding arbitration. The plaintiff must promptly initiate arbitration against the defendants with the American Arbitration Association. It is ordered that the parties must file a joint status report within fourteen days of the arbitrator's decision. If the arbitration is not complete by February 17, 2026, the parties must file a joint status report to provide an update on the arbitration proceeding.

_____
United States District Judge

Dated: August 15, 2025