1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  **JACKSON LEWIS P.C.**
   300 S. Fourth St., Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Email: deverie.christensen@jacksonlewis.com

5  *Attorneys for Defendants*
   *Peterson Dental Group, P.C., f/d/b/a Cressman*
6  *Dental Group P.C. and Interdent Service*
   *Corporation*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

| RACHELL A. JACOBSON f/k/a RACHELL A. RHEIN, individually, | Case No. 2:25-cv-01098-CDS-MDC |
|---|---|
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| PETERSON DENTAL GROUP, P.C., f/d/b/a CRESSMAN DENTAL GROUP P.C., a domestic professional corporation; INTERDENT SERVICE CORPORATION, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants | |

19  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rachell A.
20  Jacobson f/k/a Rachell A. Rhein, by and through her counsel, Maier Gutierrez & Associates, and
21  Defendants Peterson Dental Group, P.C., f/d/b/a Cressman Dental Group P.C. and Interdent
22  Service Corporation ("Defendants"), by and through their counsel, the law firm of Jackson Lewis
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

Jackson Lewis P.C.
Las Vegas

P.C., that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 23rd day of December, 2025.

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* <br> Jason R. Maier, Bar # 8557 <br> Danielle J. Barraza, Bar #13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Plaintiff* <br> *Rachell A. Jacobson f/k/a* <br> *Rachell A. Rhein* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *Peterson Dental Group, P.C., f/d/b/a Cressman Dental Group P.C. and Interdent Service Corporation* |

**<u>ORDER</u>**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated:  December 29, 2025